IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REBEKAH WALKER,<br><br>Defendant. | No. 3:25-mj-00326-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Juliana Forster, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent employed by the Diplomatic Security Service ("DSS"), an agency of the United States Department of State, and have been since 2023. DSS Special Agents are empowered under 22 U.S.C. § 2709 to investigate violations of federal law and to apply for and serve federal search warrants. I have a bachelor's degree from Hamline University in Minnesota with a double major in criminal justice and psychology. I am a graduate of the Federal Law Enforcement Training Center-Criminal Investigator Training Program, and the Department of State's Basic Special Agent Course. I was previously employed as a Passport Specialist at the Minneapolis Passport Agency for seven years preceding my employment as a Special Agent. As a Passport Specialist for the Department of State I adjudicated passport applications, detected fraud, and provided fraud training internally and externally.

May 16, 2025

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that KAREY MCLEISH and REBEKAH WALKER has committed the following federal criminal offenses:

**Count 1**: Beginning on a date unknown but no later than April 13, 202 and continuing until on or about April 15, 2025, within the District of Alaska, and elsewhere, the defendants, KAREY MCLEISH AND REBEKAH WALKER, and others known and unknown did knowingly conspire and agree to execute or attempt to execute, a scheme and artifice to defraud a financial institution, namely Northrim Bank, First National Bank, and Credit Union 1, as to material matters, and to obtain any of the moneys, funds, credits, assets, and other property owned by, and under the custody and control of such financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

**Counts 2-3**: On or about April 15, 2025 within the District of Alaska, the defendants, KAREY MCLEISH and REBEKAH WALKER, did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely 18 U.S.C. § 1349, 1344, as charged in Count 1, knowing that the means of identification belonged to another person.

| Count 2 | On or about April 15, 2025, Rebekah Walker for the purpose of executing the scheme, entered Credit Union 1 in Soldotna, Alaska and identified herself as T.P. with a false military ID and a false passport card and attempted to withdraw approximately $9,500.00 in cash from T.P.'s account. |
|---|---|
| Count 3 | On or about April 15, 2025, Rebekah Walker for the purpose of executing the scheme, entered First National Bank in Kenai, Alaska and identified herself as E.D. with a false military ID and a false passport card and attempted to withdraw approximately $9,500.00 in cash from E.D.'s account. |

**Count 4:** On or about April 15, 2025, and continuing until on or about April 15, 2025, within the District of Alaska, the defendants, KAREY MCLEISH and REBEKAH WALKER, did knowingly possess with the intent to use unlawfully five or more false identification documents, namely, false

military ID's of D.P., T.P., E.D., L.B., L.D., V.D., T.F., J.G., C.H., C.L., N.M., S.S., AND V.W.

**Counts 5-6:** On April 15, 2025, within the District of Alaska, the defendants, KAREY MCLEISH and REBEKAH WALKER, willfully and knowingly used, attempted to use, a false, forged, counterfeited, mutilated, and altered passport card, which constitutes a passport, and instrument purporting to be a passport, namely, false passport cards of T.P., E.D.

| Count 5 | On or about April 15, 2025, Rebekah Walker for the purpose of executing the scheme, entered Credit Union 1 in Soldotna, Alaska and identified herself as T.P. with a false military ID and a false passport card and attempted to withdraw approximately $9,500.00 in cash from T.P.'s account. |
|---|---|
| Count 6 | On or about April 15, 2025, Rebekah Walker for the purpose of executing the scheme, entered First National Bank in Kenai, Alaska and identified herself as E.D. with a false military ID and a false passport card and attempted to withdraw approximately $9,500.00 in cash from E.D.'s account. |

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. The following is based on a review of information regarding Anchorage Police Department case number 25-502273, Soldotna Police Department case number SO25000287, and Kenai Police Department Case number 2504-0249.

5. On or about April 14, 2025, Anchorage Police received a report from Northrim Bank that a female entered three branches and attempted to withdraw $9,500.00 from

May 16, 2025

customer accounts utilizing fake military ID's and passport cards. All cards contained the names and dates of birth of Alaska residents but had WALKER's picture.

6. The female, later identified as REBEKAH WALKER, entered the Eagle River branch of Northrim Bank. She presented a military ID and a passport card with the name and date of birth of T.D. WALKER withdrew $9,500.00 from T.D.'s account.

7. WALKER then entered to the Wasilla branch of Northrim Bank. She presented a military ID and a passport card with the name and date of birth of C.E. WALKER withdrew $9,500.00 from C.E.'s account. Surveillance from the Wasilla branch of Northrim Bank captured an orange Chevy SUV picking up WALKER.

8. WALKER then entered the Anchorage branch of Northrim Bank. She presented a military ID and passport card with the name and date of birth of D.P. WALKER attempted to withdraw $9,500.00 from D.P.'s account but was unsuccessful.

9. On April 15, 2025, Soldotna Police Department received a report from Credit Union 1 that a female, later identified as WALKER, entered the credit union shortly after 3:15 pm, and presented a military ID and passport card. The ID's had a picture of WALKER, but the name and date of birth for T.P. WALKER attempted to withdraw $9,500.00 from T.P.'s account. The teller thought the passport card looked funny and showed it the manager who called the credit union fraud department. While on the phone with the fraud department, WALKER left the credit union.

10. Surveillance showed an orange Chevy SUV dropped WALKER off at Credit Union 1. The Chevy then drove across the street and parked to wait for WALKER. When WALKER left the credit union, the Chevy picked her up behind the branch.

11. On April 15, 2025, Kenai Police Department received a report from Kenai First National Bank that female, later identified as WALKER, entered the bank around 4:44 pm. WALKER presented a military ID and passport card with her picture, but the name and date of birth of E.D. WALKER attempted to open a line of credit.

12. Staff of Kenai First National Bank recognized WALKER based on photographs from an internal fraud alert. About twenty minutes prior to entering the Kenai First National Bank, WALKER had gone to the Soldotna First National Bank. There, WALKER attempted to open a line of credit on a closed account.

13. Kenai First National Bank attempted to call police after WALKER presented them with the IDs for E.D., but WALKER fled the bank. WALKER got into a pink or orange colored SUV and left around 4:48 pm.

14. Soldotna Police located the orange Chevy SUV and conducted a traffic stop. The vehicle was driven by a male, identified by a Texas driver's license as KAREY MCLEISH. WALKER was a passenger in the vehicle and gave officers a Connecticut ID. MCLEISH had over $700.00 in cash on his person. When searched, WALKER had about $75.00 in cash and a plane ticket from Houston, Texas to Anchorage, Alaska dated April 13, 2025.

15. Police obtained a search warrant for the Chevy. Inside they located a passport card with WALKER's picture and the name E.D. cut into pieces. They found $1,600.00 in WALKER's purse. They seized three cell phones. Officers found lists with names, social security numbers, addresses, and bank information for different people. They also found two hotel key cards for the Best Western hotel in Soldotna.

16. Officers confirmed MCLEISH and WALKER had reserved a room at the Best Western. They obtained a search warrant for the room. Inside the room, they located a black duffel bag containing men's clothing and hygiene products. Also inside the black duffel bag, officers found 11 military ID's and 11 passport cards. They all had different names and dates of birth for Alaska residents, including: D.P., L.B., L.D., V.D., T.F., J.G., C.H., C.L., N.M., S.S., and V.W. and all contained WALKER's picture.

17. Enterprise rental agreement records showed the orange Chevy was rented in the name of Justin Pile. The vehicle was picked up on April 13, 2025, from the Ted Stevens Anchorage International Airport, and was to be returned on April 18, 2025.

//

//

//

//

//

//

//

//

//

//

//

//

/

## CONCLUSION

18. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that KAREY MCLEISH and REBEKAH WALKER have committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for KAREY MCLEISH and REBEKAH WALKER's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

Juliana M Forster
Digitally signed by Juliana M Forster
Date: 2025.05.16 16:59:30 -07'00'

JULIANA FORSTER
Special Agent
DSS

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on May 16, 2025                .

HON. KYLE F. REARDON
United States Magistrate Judge
District of Alaska